1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, CA 94612
     Telephone: (510) 637-3680
7    Fax: (510) 637-3724
     E-Mail:  James.C.Mann@usdoj.gov
8
9  Attorneys for the United States of America

10                        UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,              ) | No. CR-12-00495 SBA
   |                                         ) |
14 |                                         ) | STIPULATED REQUEST TO SET
   |                                         ) | CHANGE OF PLEA HEARING ON MAY
15 |    v.                                   ) | 10, 2013 AND  ORDER
   |                                         ) |
16 | RICK JASON BAILEY,                      ) | Date:     May 10, 2013
   |                                         ) | Time:     9:30 a.m.
17 |          Defendant.                     ) | Court:    Hon. Kandis A. Westmore
   |                                         ) |
18 |_____ ) |

19    The above-captioned matter is set on May 10, 2013 before the Hon. Kandis A. Westmore

20 for change of plea.  The parties request that this Court set the change of plea hearing before this

21 Court on May 10, 2013 at 10:00 a.m.

22

23 DATED: April 22, 2013

24

25 _____/s/_____              _____/s/_____
   JAMES C. MANN                                ADAM V. PENNELLA
26 Assistant United States Attorney             Counsel for Defendant
   Counsel for United States
27

28

STIP. REQ. TO SET CHANGE OF PLEA HEARING ON MAY 10, 2013
No. CR-12-00495 SBA

1. **IT IS HEREBY ORDERED** that the change of plea hearing as to defendant Rick Jason Bailey is set before this Court at 10:00 a.m. on May 10, 2013.

DATED:__4/24/13

_Saundra B Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA HEARING ON MAY 10, 2013
No. CR-12-00495 SBA